| | |
|---|---|
| 1 | MICHAEL J. STORTZ (SBN 139386) |
| | Michael.Stortz@dbr.com |
| 2 | MATTHEW J. ADLER (SBN 273147) |
| | Matthew.Adler@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 4 | San Francisco, California 94105-2235 |
| | Telephone:   415-591-7500 |
| 5 | Facsimile:    415-591-7510 |
| 6 | SEAMUS C. DUFFY* |
| | seamus.duffy@dbr.com |
| 7 | MICHAEL W. MCTIGUE JR.* |
| | michael.mctigue@dbr.com |
| 8 | MEREDITH C. SLAWE* |
| | meredith.slawe@dbr.com |
| 9 | DRINKER BIDDLE & REATH LLP |
| | One Logan Square, Ste. 2000 |
| 10 | Philadelphia, PA 19103-6996 |
| | Telephone:   (215) 988-2700 |
| 11 | Facsimile:    (215) 988-2757 |
| 12 | Attorneys for Defendant |
| | COMCAST CABLE COMMUNICATIONS, LLC |
| 13 | *pro hac vice to be sought |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HODGES, for himself, and all others similarly situated, | Case No. _____ |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| COMCAST CABLE COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive, | |
| Defendants. | |

# PROOF OF SERVICE

I, Sylvia Lee, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. On March 23, 2018, I caused to be served the following document(s):

**CIVIL CASE COVER SHEET**; and

**DEFENDANTS' NOTICE OF REMOVAL**

| ☑ | BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California to the address(es) set forth below: |
| --- | --- |
| ☐ | BY E-MAIL: I caused such documents to be transmitted by e-mail to the following e-mail address(es) as set forth below: |
| ☐ | BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope to the address(es) set forth below: |

| Ray E. Gallo<br>Dominic Valerian<br>GALLO LLP<br>1299 Fourth St., Suite 505<br>San Rafael, CA 94901<br>Telephone: 415.257.8800<br>Email: rgallo@gallo.law<br>         dvalerian@gallo.law<br><br>Counsel for Plaintiff | Hank Bates<br>CARNEY, BATES & PULLIAM, PLLC<br>519 West 7th Street<br>Little Rock, AR 72201<br>Telephone: 501.312.8500<br>Email: hbates@cbplaw.com<br><br>Counsel for Plaintiff |
| --- | --- |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 23, 2018 at San Francisco, California.

*Sylvia Lee*
Sylvia Lee

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE         - 2 -         CASE NO. _____