# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BRANDON HODGES, for himself, and all others similarly situated,
　　　　　　　　　　Plaintiff(s),

v.

COMCAST CABLE COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,
　　　　　　　　　　Defendant(s).

Case No: 4:18-cv-01829-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Meredith C. Slawe, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Comcast Cable Communications, LLC in the above-entitled action. My local co-counsel in this case is Michael J. Stortz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Drinker Biddle & Reath LLP<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-06996 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Drinker Biddle & Reath LLP<br>50 Fremont St., 20th Fl.<br>San Francisco, CA 94105-2235 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(215) 988-2700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-7500 |
| MY EMAIL ADDRESS OF RECORD:<br>Meredith.Slawe@dbr.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Michael.Stortz@dbr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 201489.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: June 1, 2018　　　　　　　　　　/s/ Meredith C. Slawe
　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Meredith C. Slawe is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/4/2018　　　　　　　　　　　Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Meredith Connie Slawe, Esq.*

**DATE OF ADMISSION**

*November 3, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 31, 2018

John W. Person Jr., Esq.
Deputy Prothonotary