MICHAEL J. STORTZ (SBN 139386)
mstortz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: 415.765.9500
Facsimile: 415.765.9501

SEAMUS C. DUFFY*
sduffy@akingump.com
MICHAEL W. MCTIGUE JR. (*pro hac vice*)
mmctigue@akingump.com
MEREDITH C. SLAWE (*pro hac vice*)
mslawe@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
Telephone: 215.965.1200
Facsimile: 215.965.1210

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC
**pro hac vice* to be sought

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDON HODGES, for himself, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01829-HSG<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION FOR RELIEF FROM SCHEDULING ORDER**<br><br>[Civil L.R. 6-3, 16-2(d)] |

Now before the Court is Defendant Comcast Cable Communications, LLC's ("Comcast") Administrative Motion for Relief from Scheduling Order ("Motion"). The Court, having considered the Motion and all papers in support thereof and opposition thereto, as well as the pleadings, exhibits, and records in this matter, and **DENIES** the Motion.

**IT IS SO ORDERED.**

Dated: July 29, 2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge