| | |
|---|---|
| Michael J. Stortz (SBN 139386)<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Email: mstortz@akingump.com<br>Telephone: 415.765.9500<br>Facsimile: 415.765.9501<br><br>Seamus C. Duffy*<br>Michael W. McTigue Jr. (*pro hac vice*)<br>Meredith M. Slawe (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD, LLP<br>Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103-7013<br>Email: sduffy@akingump.com<br>mmctigue@akingump.com<br>mslawe@akingump.com<br>Telephone: 215.965.1200<br>Facsimile: 215.965.1210<br><br>Attorneys for Defendant<br>COMCAST CABLE COMMUNICATIONS, LLC<br>*pro hac vice* to be sought | Ray E. Gallo (SBN 158903)<br>rgallo@gallo.law<br>Dominic Valerian (SBN 240001)<br>dvalerian@gallo.law<br>GALLO LLP<br>1604 Solano Ave., Suite B<br>Berkeley, CA 94707<br>Telephone: 415-257-8800<br><br>Hank Bates (SBN 167688)<br>hbates@cbplaw.com<br>David Slade (pro hac vice)<br>dslade@cbplaw.com<br>CARNEY, BATES & PULLIAM, PLLC<br>519 West 7th Street<br>Little Rock, AR 72201<br>Telephone: 501-312-8500<br><br>Attorneys for Plaintiff<br>BRANDON HODGES |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRANDON HODGES, for himself, and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>      Defendants. | Case No. 4:18-cv-01829-HSG<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON COMCAST'S MOTION TO STAY PENDING APPEAL**<br><br>Date:    September 26, 2019<br>Time:    2:00 p.m.<br>Ctrm:    2 – 4th Floor<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Plaintiff Brandon Hodges and Defendant Comcast Cable Communications, LLC ("Comcast"), by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree to continue the hearing date on Comcast's Motion to Stay Pending Appeal (Dkt. No. 58) as follows: |

Plaintiff Brandon Hodges and Defendant Comcast Cable Communications, LLC ("Comcast"), by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree to continue the hearing date on Comcast's Motion to Stay Pending Appeal (Dkt. No. 58) as follows:

WHEREAS, Comcast timely filed its Notice of Appeal of the Court's Order Denying Comcast's Motion to Compel Individual Arbitration (Dkt. No. 50) (the "Order") on July 26, 2019 (*see* Dkt. No. 52);

WHEREAS, Comcast filed a Motion to Stay Pending Appeal on July 31, 2019, which motion is set for hearing on September 26, 2019 at 2:00 p.m.;

WHEREAS, Comcast contends this action should be stayed pending its appeal because, *inter alia*, whether the Federal Arbitration Act ("FAA") preempts the rule announced by the California Supreme Court in *McGill v. Citibank, N.A.*, 393 P.3d 85 (Cal. 2017) and whether the *McGill* rule is implicated in this action present serious legal questions;

WHEREAS, the question of whether the FAA preempts the *McGill* rule is the subject of a Petition for Panel Rehearing and Rehearing En Banc ("Petition for Rehearing"), which Comcast filed in the Ninth Circuit on August 9, 2019 in *Tillage v. Comcast Corp.*, No. 18-15288 (Dkt. No. 60);

WHEREAS, on September 9, 2019 in *Tillage*, the Ninth Circuit entered an order directing plaintiffs/appellees to file a response to Comcast's Petition for Rehearing (Dkt. No. 66); and

WHEREAS, the parties believe that it is in the interests of judicial economy to preserve the status quo and continue the hearing on Comcast's Motion to Stay Pending Appeal until after Comcast's Petition for Rehearing is resolved.

NOW THEREFORE, the parties stipulate and agree that:

(1) The hearing on Comcast's Motion to Stay Pending Appeal set for September 26, 2019 at 2:00 p.m. is taken off calendar, to be reset after Comcast's Petition for Rehearing in *Tillage* is resolved;

(2) The parties are ORDERED to submit, upon resolution of Comcast's Petition for

Rehearing, a joint report of no more than two pages. The parties' joint report may advise, at either party's election, as to any further appellate proceedings in *Tillage,* and shall advise as to the status of Comcast's appeal of the Order; and

(3) If Comcast's Petition for Rehearing in *Tillage* is not resolved within 90 days of this order, the parties are directed to submit a joint report of no more than two pages on that date regarding the status of (a) the Petition for Rehearing; and (b) Comcast's appeal of the Order.

**IT IS SO STIPULATED.**

Dated: September 24, 2019    AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Michael Stortz*
Michael J. Stortz
Seamus C. Duffy (*pro hac vice* to be sought)
Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC

Dated: September 24, 2019    GALLO LLP
CARNEY, BATES & PULLIAM, PLLC

By: */s/ Dominic Valerian*
Ray E. Gallo
Hank Bates
Dominic Valerian
David Slade (*pro hac vice*)

Attorneys for Plaintiff
BRANDON HODGES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9/24/2019
DATE

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

STIPULATION AND ORDER
CONTINUING HEARING ON COMCAST'S    - 3 -    CASE NO. 4:18-CV-01829-HSG
MOTION TO STAY PENDING APPEAL

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Dominic Valerian, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this September 24, 2019, in Albany, California.

*/s/ Dominic Valerian*
Dominic Valerian