1  Michael J. Stortz (SBN 139386)
   580 California Street, Suite 1500
2  San Francisco, CA 94104-1036
   AKIN GUMP STRAUSS HAUER &
3  FELD LLP
   Email: mstortz@akingump.com
4  Telephone: 415.765.9500
   Facsimile: 415.765.9501
5
6  Seamus C. Duffy (*pro hac vice*)
   Michael W. McTigue, Jr. (*pro hac vice*)
7  Meredith M. Slawe (*pro hac vice*)
   AKIN GUMP STRAUSS HAUER &
8  FELD, LLP
   Two Commerce Square
9  2001 Market Street, Suite 4100
   Philadelphia, PA 19103-7013
10 Email: sduffy@akingump.com
   mmctigue@akingump.com
11 mslawe@akingump.com
   Telephone: 215.965.1200
12 Facsimile: 215.965.1210
13
14 Attorneys for Defendant Comcast Cable
   Communications, LLC
15

Ray E. Gallo (SBN 158903)
rgallo@gallo.law
Dominic Valerian (SBN 240001)
dvalerian@gallo.law
GALLO LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Phone: 415.257.8800

Hank Bates (SBN 167688)
hbates@cbplaw.com
CARNEY, BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Phone: 501.312.8500

Attorneys for Plaintiff Brandon Hodges

16                   **UNITED STATES DISTRICT COURT**

17                   **NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| Brandon Hodges, for himself, and all others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>Comcast Cable Communications, LLC, a Delaware limited liability company; and Does 1-50, inclusive,<br><br>   Defendants | Case No.  4:18-cv-01829-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT REPORT REGARDING STATUS OF APPEALS** |

**JOINT STATUS REPORT**

Plaintiff Brandon Hodges and Defendant Comcast Cable Communications, LLC ("Comcast") submit this joint report pursuant to the Court's September 24, 2019 Order Continuing the Hearing on Comcast's Motion to Stay Pending Appeal (Dkt. No. 69).

The Petition for Panel Rehearing and Rehearing En Banc ("Petition for Rehearing"), which Comcast filed in the Ninth Circuit on August 9, 2019 in *Tillage v. Comcast Corp.*, No. 18-15288 (Dkt. No. 60) has not yet resolved. Plaintiffs-Appellees filed a response to Comcast's Petition for Rehearing on September 30, 2019. (Dkt. No. 66). On October 8, 2019, Comcast filed a motion to file a reply brief in support of the Petition for Rehearing (Dkt. No. 67), which was granted on October 15, 2019 (Dkt. No. 68).

In Comcast's appeal in this action, Comcast filed its opening brief on November 4, 2019 (Dkt. No. 14), Mr. Hodges filed his answering brief on December 10, 2019 (Dkt. No. 21), and Comcast's reply brief is due December 31, 2019.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD, LLP

Dated: December 23, 2019

BY: */s/ Michael J. Stortz*
    Michael J. Stortz
    Attorneys for Defendant Comcast Cable Communications, LLC

GALLO LLP
CARNEY, BATES & PULLIAM, PLLC

Dated: December 23, 2019

BY: */s/ Dominic Valerian*
    Dominic Valerian
    Attorneys for Plaintiff Brandon Hodges

ATTESTATION

I, Dominic Valerian, the ECF User whose ID and password are being used to file this Joint Report Regarding Status of Appeals in compliance with Civil L.R. 5-1(i)(3), hereby attest that counsel for Comcast Cable Communications, LLC has concurred with this filing.

Dated: December 23, 2019
GALLO LLP
CARNEY, BATES & PULLIAM, PLLC


BY: */s/ Dominic Valerian*
      Dominic Valerian
   Attorneys for Plaintiff Brandon Hodges