| | |
|---|---|
| Michael J. Stortz (SBN 139386)<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Email: mstortz@akingump.com<br>Telephone: 415.765.9500<br>Facsimile: 415.765.9501 | Ray E. Gallo (SBN 158903)<br>rgallo@gallo.law<br>GALLO LLP<br>100 Pine St., Suite 1250<br>San Francisco, CA 94111<br>Phone: 415.257.8800 |
| Seamus C. Duffy*<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103-7013<br>Email: sduffy@akingump.com<br>Telephone: 215.965.1200<br>Facsimile: 215.965.1210 | Hank Bates (SBN 167688)<br>hbates@cbplaw.com<br>David Slade (*pro hac vice*)<br>dslade@cbplaw.com<br>CARNEY, BATES & PULLIAM, PLLC<br>519 West 7th Street<br>Little Rock, AR 72201<br>Telephone:   501-312-8500 |
| Attorneys for Defendant<br>COMCAST CABLE COMMUNICATIONS, LLC<br>*pro hac vice* to be sought | Attorneys for Plaintiff<br>BRANDON HODGES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDON HODGES, for himself, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:18-cv-01829-HSG<br><br>**JOINT STATUS REPORT** |

　　　　Pursuant to the Court's Order dated September 17, 2020, Defendant Comcast Cable Communications, LLC ("Comcast") and Plaintiff Brandon Hodges ("Plaintiff") hereby submit this joint status report as to the two appeals that were the subject of the parties' prior status report. (Dkt. 75.)

　　　　(1)　　In *Tillage v. Comcast Corp.,* No. 18-15288, as the parties previously reported, the Ninth Circuit stayed its mandate pending resolution of Comcast's petition for writ of certiorari

before the U.S. Supreme Court. Following denial of Comcast's petition, the Ninth Circuit issued its mandate on June 3, 2020.

(2) In *Hodges v. Comcast Cable Communications, LLC*, No. 19-16483, Comcast's appeal of this Court's order denying its motion to compel arbitration was argued and submitted for decision on June 1, 2020.   The parties await the Ninth Circuit's decision.

Dated: September 21, 2020                   AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Michael J. Stortz*
       Michael J. Stortz

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC

Dated: September 21, 2020                   GALLO LLP

By: */s/ Ray Gallo*
       Ray Gallo

Attorneys for Plaintiff
BRANDON HODGES

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this September 21, 2020, in San Francisco, California.

*/s/ Michael J. Stortz*
Michael J. Stortz