UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HODGES,<br><br>            Plaintiff,<br><br>   v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>            Defendant. | Case No. 18-cv-01829-HSG<br><br>**ORDER GRANTING MOTION TO COMPEL ABRITRATION**<br><br>Re: Dkt. No. 7 |

On March 30, 2018, Defendant filed a motion to compel individual arbitration and stay litigation.  Dkt. No. 7.  As directed by the Ninth Circuit, Dkt. No. 83 at 29, the Court **GRANTS** the motion to compel arbitration.  The case is **STAYED** pending completion of arbitration.  The case management conference previously scheduled for February 1, 2022 at 2:00 p.m. is **VACATED**.  The parties are directed to file a joint status report regarding the status of the arbitration proceeding 120 days from the date of this order and every 120 days thereafter unless otherwise ordered.  The parties are also directed to notify the Court within 48 hours of the completion of arbitration.  The Clerk is directed to administratively close the case.

   **IT IS SO ORDERED.**

Dated: 1/28/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge