Ray E. Gallo (SBN 158903)
rgallo@gallo.law
GALLO LLP
1604 Solano Ave., Suite B
Berkeley, CA 94707
Telephone: 415-257-8800

Hank Bates (SBN 167688)
hbates@cbplaw.com
CARNEY, BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: 501-312-8500

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRANDON HODGES, for himself, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01829-HSG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Brandon Hodges hereby voluntarily dismisses his claims without prejudice. Plaintiff respectfully notes that no stipulation or order is required to effect this dismissal, as Defendant has neither served an answer to the operative complaint, nor moved for summary judgment.

Dated: May 27, 2022                                Respectfully submitted,

                                                  */s/ Hank Bates*
                                                  Hank Bates (SBN 167688)
                                                  CARNEY BATES & PULLIAM, PLLC
                                                  519 W. 7th Street
                                                  Little Rock, AR 72201
                                                  hbates@cbplaw.com